# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2724

_____

Napoleon Hartsfield,                          *
                                              *
            Appellant,                        *
                                              *    Appeal from the United States
      v.                                      *    District Court for the
                                              *    Southern District of Iowa.
Department of Corrections;                    *
Charlie Hourihan,                             *    [UNPUBLISHED]
                                              *
            Appellees.                        *

_____

Submitted: November 5, 2007
Filed: November 8, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Napoleon Hartsfield appeals the district court's[1] grant of summary judgment to the remaining defendant in his 42 U.S.C. § 1983 action following this court's remand for further proceedings on a retaliation claim. We conclude that summary judgment was proper for the reasons stated by the district court. The judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.